UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROBERT DICK,

    Plaintiff,

v.                                                Case No.  5:20-cv-150-TKW/MJF

ROBIN SMITH, *et al.*,

    Defendants.
_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 22).  No objections were filed.  Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to completely and honestly disclose his litigation history.

Accordingly, it is **ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    This case is **DISMISSED without prejudice**, pursuant to 28 U.S.C. §§1915A(b)(1) and 1915(e)(2)(B)(i) for maliciousness and abuse of the judicial process.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 7th day of September, 2021.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**